UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BILLY NATION,

    Plaintiff,

v.                                                  Case No: 8:23-cv-0004-KKM-MRM

DEPUY ORTHOPAEDICS, INC., et al.,

    Defendants.
_____

## ORDER

This order follows the Court's examination of this action. Under Title 28, United States Code, Section 455, and Canon 3(C) of the Code of Conduct for United States Judges, I recuse myself due to my relationship with defense counsel. Accordingly, the Clerk is direct to reassign by random draw this case to another District Judge.

**ORDERED** in Tampa, Florida, on January 13, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge