UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BILLY NATION,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 8:23-CV-00004-CEH-UAM

DEPUY ORTHOPAEDICS,
INC., et al.,

    Defendants.

## NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a), Defendants provide notice that the parties have preliminarily reached a resolution in this case. The parties are in the process of finalizing the terms and intend to file a notice of dismissal upon finalization.

Dated: November 17, 2023

/s/ David J. Walz
David J. Walz
Florida Bar Number 697273
Caycee D. Hampton
Florida Bar Number 0100922
Andre A. Revaz
Florida Bar Number 1031722
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
Email: dwalz@carltonfields.com
       champton@carltonfields.com
       arevaz@carltonfields.com

*Attorneys for Defendants*